UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| WRIGHT WING INVESTMENTS, INC. | ) | CHAPTER 11 |
| | ) | |
| Debtor | ) | CASE NO. 11-30573 |
| | ) | |

**ORDER GRANTING MOTION TO INCUR POST-PETITION FINANCING
PURSUANT TO SECTIONS 105, 364, AND 503 OF THE BANKRUPTCY CODE**

This core proceeding[1] comes before the Court on the Motion to Incur Post-Petition Financing Pursuant to Sections 105, 364, and 503 of the Bankruptcy Code brought by the Debtor, Wright Wing Investments, Inc. (the "Debtor"). The Court, having considered the statements of counsel, the record, and being otherwise sufficiently advised,

**IT IS HEREBY ORDERED:**

1.      The Debtor is authorized to borrow a total of thirty thousand dollars ($30,000.00) from Ramiro Gandara, William Routh, and Barbara Routh (the "DIP Lenders") as DIP Financing.

2.      The DIP Financing was reached in good faith at arms length and was essential for the preservation of the Debtor, and therefore shall be deemed to constitute an extension of credit in good faith pursuant to 11 U.S.C. § 364(e).

3.      The DIP Financing shall have administrative expense status pursuant to 11 U.S.C. § 503(b)(1).

4.      This is a final and appealable order, there being no just cause for delay.

SO ORDERED.

---

[1] 28 U.S.C. § 157(b)(2)(A), (D), (G), (K), (O)

DAVID M. CANTOR
SEILLER WATERMAN LLC
Meidinger Tower - 22nd Floor
462 S. Fourth Street
Louisville, Kentucky 40202
Telephone: (502) 584-7400

G:\doc\DMC\WRIGHT WINGS INVESTMENT, INC\pldgs\Mot Borrow.wpd